

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-01009-CV

**Grayco Communications, L.P., Grayco-G.P., Inc., and Grayco Cable Services, Inc.**

**v.**

**Steven  Thomas**

NO. 2012-46850 IN THE 234TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 03/09/2015 | E-PAID | ANT |
| CLK RECORD | $105.00 | 02/05/2015 | PAID | ANT |
| RPT RECORD | $3,727.00 | 01/22/2015 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 01/02/2015 | PAID | ANT |
| FILING | $175.00 | 01/02/2015 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $4,037.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this May 29, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**